Adam B. Nach – 013622
Allison M. Lauritson – 022185
Helen K. Santilli – 032441
**LANE & NACH, P.C.**
2001 E Campbell Avenue, Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: allison.lauritson@lane-nach.com
Email: helen.santilli@lane-nach.com

*Attorneys for Gayle Eskay Mills, Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br>SEGUNDA CORP.,<br>    Debtor.<br><br>GAYLE ESKAY MILLS, CHAPTER 7 TRUSTEE,<br>    Plaintiff,<br>vs.<br>FUNDRITE, LLC, a New York limited liability company;<br>    Defendant. | (Chapter 7 Case)<br><br>Case No. 4:18-bk-03653-BMW<br><br>*Adv. No. 4:19-ap-00176-BMW*<br><br>**CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT** |

    I, Debbie McKernan, a paralegal with the law firm of Lane & Nach, P.C., in its capacity as attorneys for Plaintiff, and in accordance with Federal Rules of Bankruptcy Procedure 7004 and 7005, hereby certify that on May 2, 2019, I caused to be delivered by depositing with the United States Post Office by First Class Mail, postage prepaid, the *Summons in an Adversary Proceeding* and a copy of the *Adversary Complaint* and such documents were addressed as follows:

FundRite, LLC                                    FundRite, LLC
The Trump Building                      c/o Carmine Berardi
40 Wall Street, 28th Floor               40 Wall Street, 28th Floor
New York, New York 1005             New York, New York 10005

    DATED: May 2, 2019.

                                 */s/ Debbie McKernan*
                                 Debbie McKernan