Adam B. Nach – 013622
**LANE & NACH, P.C.**
2001 E. Campbell Ave., Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com

Attorneys for Gayle Eskay Mills, Plaintiff

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SEGUNDA CORP.,<br><br>       Debtor.<br><br>GAYLE ESKAY MILLS, CHAPTER 7 TRUSTEE,<br><br>       Plaintiff,<br><br>vs.<br><br>FUNDRITE, LLC, a New York limited liability company;<br><br>       Defendant. | (Chapter 7 Case)<br><br>Case No. 4:18-bk-03653-BMW<br><br>*Adv. No. 4:19-ap-00176-BMW*<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL WITHIN FIRM AND REQUEST TO BE REMOVED FROM MAILING LIST** |

**TO: ALL CREDITORS AND PARTIES-IN-INTEREST:**

**PLEASE TAKE NOTICE** that Allison M. Lauritson, one of the attorneys of record for Gayle Eskay Mills, Plaintiff, left the firm of Lane & Nach, P.C. on June 28, 2019. Adam B. Nach of Lane & Nach, P.C. is also counsel of record and will continue to represent Gayle Eskay Mills.

Pursuant to Local Rule 2090-1(e), the Court and all parties are respectfully requested to remove Allison Lauritson from the mailing list and direct all future communication to:

    Adam B. Nach
    **Lane & Nach, P.C.**
    2001 E. Campbell Ave., Suite 103
    Phoenix, AZ 85016
    Email: adam.nach@lane-nach.com

///

RESPECTFULLY SUBMITTED this 9th day of July, 2019.

**LANE & NACH, P.C.**

By /s/ Adam B. Nach – 013622
Adam B. Nach
*Attorney for Trustee*

**A COPY** of the foregoing delivered via U.S. Mail and/or electronic notification to:

FundRite, LLC
The Trump Building
40 Wall Street, 28th Floor
New York, New York 1005
*Defendant*

FundRite, LLC
c/o Carmine Berardi
40 Wall Street, 28th Floor
New York, New York 10005
*Defendant*

By /s/ Terie Flowers Turner